# Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.

One Financial Center
Boston, Massachusetts 02111

Edmund A. Capodilupo

617 542 6000
617 542 2241 *fax*

*Direct dial 617 348 4714*
**ecapodilupo@mintz.com**

July 26, 2004

**BY HAND**

Civil Clerk's Office
United States District Court
 for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA  02210

> Re:   **Kenneth Adamson v. Wyeth Pharmaceuticals f/k/a Wyeth-Ayerst Pharmaceuticals, and Robert Winters (04-CV-11623-DPW)**

Dear Sir/Madam:

Enclosed please find certified copies of the docket sheet and all pleadings and orders filed with or issued by the Middlesex Superior Court Department of the Trial Court in the matter of Kenneth Adamson v. Wyeth Pharmaceuticals (04-CV-11623-DPW). These materials are hereby transmitted to the Federal Court as required by Local Rule 81.1.

Please acknowledge your receipt of this letter and its enclosures by date-stamping the enclosed copy of this cover letter.

Very truly yours,

*Edmund A. Capodilupo*

Edmund A. Capodilupo
Legal Assistant

Enclosures

cc:    Howard Mark Fine, Esq.
       Donald W. Schroeder, Esq.
       Kamee B. Verdrager, Esq.

LIT 1471438v1

*Boston  New York  Reston  Washington  New Haven*

## COMMONWEALTH OF MASSACHUSETTS

**MIDDLESEX, SS.**                                **SUPERIOR COURT DEPARTMENT**
                                                  **CIVIL ACTION NO. 04-1213**

**KENNETH ADAMSON**
         **Plaintiff,**

v.

**WYETH PHARMACEUTICALS, INC f/k/a,**
**WYETH-AYERST PHARMACEUTICALS**
**And ROBERT WINTERS,**
         **Defendant,**

## REMOVAL TO U.S. DISTRICT COURT

# Commonwealth of Massachusetts
## SUPERIOR COURT DEPARTMENT
## THE TRIAL COURT
## CAMBRIDGE

MICV 2004-01213

I, Karen O'Connor, Deputy Assistant Clerk of the Superior Court, within and for said County of Middlesex, do certify that the annexed papers are true copies made by photographic process of pleadings entered in the Superior Court on the March 29, in the year of our Lord Two Thousand Four.

          In testimony whereof, I hereunto set my hand and affix the seal of said Superior Court, at Cambridge, in said County, this July 22, in the year of our Lord Two Thousand Four.

          *Karen A. O'Connor*
          Deputy Assistant Clerk



Commonwealth of Massachusetts
MIDDLESEX SUPERIOR COURT
Case Summary
Civil Docket

## MICV2004-01213
## Adamson v Wyetht Pharmaceuticals f/n/a Wyeth-Ayerst Pharmaceuticals et al

| | | | | | |
|---|---|---|---|---|---|
| File Date | 03/29/2004 | Status | Disposed: transfered to other court (dtrans) | | |
| Status Date | 07/22/2004 | Session | A - Cv A (12A Cambridge) | | |
| Origin | 1 | Case Type | B22 - Employment Discrimination | | |
| Lead Case | | Track | F | | |
| Service | 06/27/2004 | Answer | 08/26/2004 | Rule12/19/20 | 08/26/2004 |
| Rule 15 | 08/26/2004 | Discovery | 01/23/2005 | Rule 56 | 02/22/2005 |
| Final PTC | 03/24/2005 | Disposition | 05/23/2005 | Jury Trial | Yes |

### PARTIES

**Plaintiff**
Kenneth Adamson
Active 03/29/2004

**Private Counsel 554671**
Howard Mark Fine
86 Sherman Street
Cambridge, MA 02140-3233
Phone: 617-868-9200
Fax: 617-868-8400
Active 03/29/2004 Notify

**Defendant**
Wyetht Pharmaceuticals f/n/a Wyeth-Ayerst
Pharmaceuticals
Served: 06/22/2004
Served (answr pending) 06/28/2004

**Defendant**
Robert Winters
Served: 06/22/2004
Served (answr pending) 06/28/2004

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 03/29/2004 | 1.0 | Complaint & civil action cover sheet filed |
| 03/29/2004 | | Origin 1, Type B22, Track F. |
| 06/22/2004 | 2.0 | Plainitff's Motion To Appoint Pasquale DeFeo, Jr. As Special Process Server Motion Allowed. (Smith,. Jr. J.) |
| 06/28/2004 | 3.0 | SERVICE RETURNED: Robert Winters(Defendant)   6/22/04   in hd |
| 06/28/2004 | 4.0 | SERVICE RETURNED: Wyetht Pharmaceuticals f/n/a Wyeth-Ayerst Pharmaceuticals(Defendant)   6/22/04   in hd |
| 07/22/2004 | 5.0 | Case REMOVED this date to US District Court of Massachusetts by deft. Wyeth Pharmaceuticals, Inc f/k/a, Wyeth-Ayerst Pharmaceuticals and Robert Winters |

Commonwealth of Massachusetts
MIDDLESEX SUPERIOR COURT
Case Summary
Civil Docket

### MICV2004-01213
### Adamson v Wyetht Pharmaceuticals f/n/a Wyeth-Ayerst Pharmaceuticals et al

| Date | Paper | Text |
|---|---|---|
| 07/22/2004 | | REMOVED TO U.S. DISTRICT COURT OF MASS |