UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KENNETH ADAMSON,<br><br>Plaintiff,<br><br>v.<br><br>WYETH PHARMACEUTICALS f/k/a,<br>WYETH-AYERST PHARMACEUTICALS<br>and ROBERT WINTERS,<br><br>Defendants. | CIVIL ACTION NO.: 04-CV-11623 (DPW) |

## CORPORATE DISCLOSURE STATEMENT OF WYETH PHARMACEUTICALS

Pursuant to Local Rule 7.3 of the United States District Court for the District of Massachusetts, and Rule 7.1 of the Federal Rules of Civil Procedure, defendant Wyeth Pharmaceuticals hereby states: (1) that it is a division of Wyeth, a Delaware corporation; (2) it was not formerly known as Wyeth-Ayerst Pharmaceuticals; and (3) Wyeth-Ayerst Pharmaceuticals Inc., a wholly-owned subsidiary of Wyeth, is now called Wyeth Pharmaceuticals Inc. Defendant Wyeth Pharmaceuticals further states that no publicly-held company owns 10% or more of Wyeth's stock

Respectfully submitted,

WYETH PHARMACEUTICALS
and ROBERT WINTERS

_____
Donald W. Schroeder, BBO #646700
Mintz, Levin, Cohn, Ferris, Glovsky,
  and Popeo, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000

I hereby certfy that a true copy of the above document was served upon the attorney of record for each party by mail/hand on August 4, 2004

Dated: August 4, 2004

LIT 1471818v1                        1