UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

_____
                                   )
KENNETH ADAMSON                    )
     Plaintiff                     )
                                   )
     v.                            )
                                   )
WYETH PHARMACEUTICALS f/n/a        )   C.A. NO. 04-CV-11623-DPW
WYETH-AYERST PHARMACEUTICALS)
     Defendant                     )
                                   )
ROBERT WINTERS                     )
     Defendant                     )
_____)

## PLAINTIFF'S ASSENTED-TO MOTION TO EXTEND THE FILING DEADLINE FOR OPPOSING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

COMES now Kenneth Adamson, plaintiff in the above-captioned matter ("Plaintiff"), and, with the gracious assent of defendants Wyeth Pharmaceuticals f/n/a Wyeth-Ayerst Pharmaceuticals and Robert Winters ("Defendants"), hereby moves this Honorable Court to briefly extend the filing deadline by five days to allow Plaintiff additional time to oppose Defendants' Wyeth Pharmaceuticals and Robert Winters' Motion for Summary Judgment, which is currently due on April 14, 2005.

As grounds therefore, Plaintiff states the following:

1.  Extensive discovery has been conducted by the parties in the above-captioned, including numerous out-of-state depositions and production of more than 3,000 documents.

2.      On March 31, 2005, at or near the close of business, Defendants served on Plaintiff's counsel comprehensive summary judgment pleadings and two sets of exhibits, including two affidavits from non-deposed witnesses.

3.      Counsel for Plaintiff, in using due diligence, has immediately begun preparing an opposition to the motion.

4.      Notwithstanding Defendants' massive pleadings, the undersigned counsel's ability to file a timely opposition is impacted by conflicting litigation demands in other cases.

5.      No prejudice would ensue to the parties were this Honorable Court to grant a five day extension or would such an extension interfere with the court's conducting a scheduling conference on April 28, 2005.

WHEREFORE, for the above reasons, Plaintiff requests that this Honorable Court extend the deadline to April 19, 2005 for Plaintiff to file his opposition to summary judgment.

Respectfully submitted by:                              Respectfully submitted by:


/s/ Howard Mark Fine                                    /s/ Donald W. Schroeder, Esquire
Howard Mark Fine, Esquire                               Donald W. Schroeder, Esquire
Counsel for Kenneth Adamson                             Counsel for Wyeth Pharmaceuticals
86 Sherman Street                                         and Robert Winters
Cambridge, Massachusetts  02140-3233                    Mintz, Levin, Cohn, Ferris,
B.B.O. No. 554671                                         Glovsky and Popeo, P.C.
617-868-9200                                            One Financial Center
                                                        Boston, Massachusetts  02111
                                                        B.B.O. 646700
                                                        617-542-6000

Dated: April 5, 2005

2

CERTIFICATE OF SERVICE

    COMES now Howard Mark Fine, counsel for plaintiff Kenneth Adamson in the above-captioned matter, and hereby affirm that I have forwarded by first class mail to the defendants' counsel below the foregoing motion.

        Donald W. Schroeder, Esquire
        B.B.O. 646700
        Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo, P.C.
        One Financial Center
        Boston, Massachusetts  02111
        617-542-6000

                Respectfully submitted by:

        /s/ Howard Mark Fine
        Howard Mark Fine, Esquire
        Counsel for Kenneth Adamson
        86 Sherman Street
        Cambridge, Massachusetts  02140-3233
        B.B.O. No. 554671
        617-868-9200

Dated: April 5, 2004