UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| KENNETH ADAMSON<br>    Plaintiff | )<br>)<br>) |  |
| v. | )<br>) |  |
| WYETH PHARMACEUTICALS f/n/a<br>WYETH-AYERST PHARMACEUTICALS<br>    Defendant | )<br>)<br>) | C.A. NO. 04-CV-11623-DPW |
| ROBERT WINTERS<br>    Defendant | )<br>)<br>) |  |

## PLAINTIFF'S CERTIFICATE OF SERVICE

COMES now Howard Mark Fine, counsel for plaintiff in the above-captioned matter, and hereby affirms that copies of the documents described below have been forwarded by first class mail, postage prepaid, on August 15, 2005, to counsel for defendants, Donald W. Schroeder, Esquire, Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo, P.C., One Financial Center, Boston, Massachusetts 02111:

1. Plaintiff's Motion For Leave Of Court To File A Post-Hearing Reply To Defendants' Motion For Summary Judgment; and

2. Plaintiff's Memorandum Of Law In Support Of Motion For Leave Of Court To File A Post-Hearing Reply To Defendants' Motion For Summary Judgment.

        Respectfully submitted on behalf of Plaintiff:

        KENNETH ADAMSON

        By his counsel:

        _____
        /s/ Howard Mark Fine, Esquire
        Howard Mark Fine, Esquire
        86 Sherman Street
        Cambridge, MA  02140-3233
        617-868-9200
        B.B.O. No. 554671

Dated: August 15, 2005