`UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| KENNETH ADAMSON ) | | |
|     Plaintiff ) | | |
|  ) | | |
| v. ) | | |
|  ) | | |
| WYETH PHARMACEUTICALS f/n/a ) | C.A. NO. 04-CV-11623-DPW | |
| WYETH-AYERST PHARMACEUTICALS ) | | |
|     Defendant ) | | |
|  ) | | |
| ROBERT WINTERS ) | | |
|     Defendant ) | | |

**PLAINTIFF'S MOTION FOR LEAVE OF COURT TO FILE
A POST-HEARING REPLY TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT**

COMES now Howard Mark Fine, counsel for the plaintiff in the above-captioned matter, Kenneth Adamson, and moves this Honorable Court to grant leave to allow Plaintiff to file a reply brief to the oral arguments of opposing counsel for the defendants, Wyeth Pharmaceuticals f/n/a Wyeth-Ayerst Pharmaceuticals and Robert Winters. As grounds therefore, your movant states that a reply is necessary in order to clarify specific factual disputes and legal issues raised at the summary judgment hearing on August 5, 2005. In addition, no prejudice would ensue to the parties were this Court to allow the herein motion.

WHEREFORE, for reasons of justice and fairness, Plaintiff's motion for leave to file a reply brief should be allowed.

                          Respectfully submitted on behalf of Plaintiff:

                          KENNETH ADAMSON

                          By his counsel:

                          _____
                          /s/ Howard Mark Fine, Esquire
                          Howard Mark Fine, Esquire
                          86 Sherman Street
                          Cambridge, MA  02140-3233
                          617-868-9200
                          B.B.O. No. 554671

Dated: August 15, 2005