UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KENNETH ADAMSON,
    Plaintiff,

v.

CIVIL ACTION NO.
04-11623-DPW

WYETH PHARMACEUTICALS f/n/a
WYETH-AYERST PHARMACEUTICALS,
and ROBERT WINTERS,
    Defendants.

## **JUDGMENT**

WOODLOCK, District Judge

  In accordance with this Court's Memorandum and Order issued on August 23, 2005, granting the Defendant's Motion for Summary Judgment, it is hereby ORDERED, ADJUDGED AND DECREED:

**Judgment for the Defendants against the Plaintiff.**

BY THE COURT,

/s/ Michelle Rynne
Deputy Clerk

DATED: August 23, 2005